LAWRENCE SCHWIMMER, Appellant, v. HENRY L. DOHERTY, Doing Business, etc., Respondent.— Order reversed, with twenty dollars costs and disbursements,

and motion granted. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.